*FILED*

*03 APR 21 PM 2: 18*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08                    1886

_____

                    Plaintiff,          CASE NO. _____

vs.                                     **PRISONER'S**
                                        **APPLICATION TO PROCEED**    JF
                                        **IN FORMA PAUPERIS**

                    Defendant.

*(PR)*

I, __DAVID MAIRS__, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?  Yes ____  No_X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: ___N/A_____        Net: _N/A_____

Employer: _N/A_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  SELF EMPLOYED, SAN FRANCISCO, CA.  2003

5

6

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or              Yes ____  No  X

10            self employment

11     b.    Income from stocks, bonds,           Yes ____  No  X

12            or royalties?

13     c.    Rent payments?                       Yes ____  No  X

14     d.    Pensions, annuities, or              Yes ____  No  X

15            life insurance payments?

16     e.    Federal or State welfare payments,   Yes ____  No  X

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21              N/A

22

23  3.     Are you married?                        Yes  X  No ____

24  Spouse's Full Name: __DARCI LEE MAIRS__

25  Spouse's Place of Employment:  UNEMPLOYED

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $___Ø___              Net $___Ø___

28  4.     a.     List amount you contribute to your spouse's support:$ __Ø__

b.    List the persons other than your spouse who are dependent upon you for

support and indicate how much you contribute toward their support.  (NOTE:

For minor children, list only their initials and ages.  DO NOT INCLUDE

THEIR NAMES.).

_____ NONE _____

_____

_____

5.    Do you own or are you buying a home?                Yes ____  No X

Estimated Market Value: $ N/A _____  Amount of Mortgage: $ N/A

6.    Do you own an automobile?                            Yes ____  No X

Make ____ N/A _____  Year ___ N/A ____  Model ___ N/A _____

Is it financed?  Yes ____  No X ____  If so, Total due: $ N/A _____

Monthly Payment: $ N/A _____

7.    Do you have a bank account?  Yes ____  No X ____  (Do not include account numbers.)

Name(s) and address(es) of bank: N/A _____

_____

Present balance(s): $ N/A _____

Do you own any cash?  Yes ____  No X  Amount: $ N/A

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)  Yes ____  No X

_____

8.    What are your monthly expenses?

Rent: $ Ø _____  Utilities: Ø

Food: $ Ø _____  Clothing: Ø

Charge Accounts: NONE

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

1    9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)

3    MARIN COUNTY CHILD SUPPORT  81,000.00

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes ____  No ✗

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____N/A_____

10    _____

11    I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13    I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    4 14 08

17    _____          _____

        DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: *CV 08 1886*

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___DAVID MAIRS___ for the last six months
___SAN QUENTIN, CA.___ [prisoner name] where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___40.00___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___75.00___.

Dated: *4 14 08*

_____
[Authorized officer of the institution]

- 5 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

UNT NUMBER : T25433                        BED/CELL NUMBER: H 0100000000008U
UNT NAME   : MAIRS, DAVID LOUIS                 ACCOUNT TYPE: I
'ILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|-----------|-------------|---------|-----------|----------|-------------|---------|
| 31/2007 | BEGINNING BALANCE | | | | | 125.86 |
| | TIVITY FOR 2008 | | | | | |
| 02 W415 | CASH WITHDRAW | 2600FMV/L | 187070526 | | 13.75 | 112.11 |
| 07 W415 | CASH WITHDRAW | 2624FMV/K | 187070597 | | 34.97 | 77.14 |
| 16 D201 | FAMILY VISIT | 2793/FMV | | 7.10 | | 84.24 |
| 28 W415 | CASH WITHDRAW | 2916FMV/L | 187070875 | | 22.94 | 61.30 |
| 04 W964 | REVERSE SQUIR | 3002REFDSL | | | 12.00- | 73.30 |
| 06 FC02 | DRAW-FAC 2 | 3043/H 1ST | | | 20.00 | 53.30 |
| 22 D201 | FAMILY VISIT | 3277/FMV | | 4.99 | | 58.29 |
| 10 FC02 | DRAW-FAC 2 | 3483/H 1ST | | | 9.75 | 48.54 |
| 24 D340 | EFT DEPOSIT | 3709/JPAY | | 50.00 | | 98.54 |
| 26 D300 | CASH DEPOSIT | 3766MAILRM | | 30.00 | | 128.54 |
| 01 D340 | EFT DEPOSIT | 3845/JPAY | | 50.00 | | 178.54 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 125.86 | 142.09 | 89.41 | 178.54 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
178.54

REPORT ID: TS3030 .701

REPORT DATE: 10/01/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER : T25433
ACCOUNT NAME : MAIRS, DAVID LOUIS
PRIVILEGE GROUP: A

BED/CELL NUMBER: H 0100000000089U
ACCOUNT TYPE: I

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 576.36 |
| 07/09 | D554 | INMATE PAYROL | 0049/MAY07 | | | | 576.36 |
| 07/10 | FC02 | DRAW-FAC 2 | 0061/HUNIT | | 1.13 | | 577.49 |
| 07/16 | FR01 | CANTEEN RETUR | 700173 | | | 100.00 | 477.49 |
| 07/16 | FC01 | DRAW-FAC 1 | 0182FC01 | | | 9.95- | 487.44 |
| 07/19 | W415 | CASH WITHDRAW | 0254 AF/V | 187067717 | | 9.95 | 477.49 |
| 08/01 | W415 | CASH WITHDRAW | 0473K/FV | 187068052 | | 15.07 | 462.42 |
| 08/06 | FC02 | DRAW-FAC 2 | 0520/H 1ST | | | 26.18 | 436.24 |
| 08/09 | D320 | TRUST FUNDS T | 0588/FMV | | | 180.00 | 256.24 |
| 08/09 | D300 | CASH DEPOSIT | 0588MAILRM | | 4.41 | | 260.65 |
| 08/16 | W415 | CASH WITHDRAW | 0689A F/V | | 100.00 | | 360.65 |
| 09/05 | W415 | CASH WITHDRAW | 0871 K/FV | 187068409 | | 12.68 | 347.97 |
| 09/10 | D340 | EFT DEPOSIT | 0914/J-PAY | 187068717 | | 20.86 | 327.11 |
| 09/10 | D300 | CASH DEPOSIT | 0929MAILRM | | 20.00 | | 347.11 |
| 09/14 | D201 | FAMILY VISIT | 1047/FMV | | 50.00 | | 397.11 |
| | | | | | 4.36 | | 401.47 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 08/16/2007 | H113 | FAMILY VISITING | 0689K F/V | 4.38 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 576.36 | 179.90 | 354.79 | 401.47 | 4.38 | 0.00 |

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

$ 00.00¢

02 1M
0004248283
MAILED FROM ZI

UNITED STATES POSTAGE

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

DAVID MAIRS T25433 14108C4
SQSP SAN QUENTIN CA,
94974