1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW
   Deputy Attorney General
6  State Bar No. 63257
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5955
8    Fax: (415) 703-1234
     Email: allan.yannow@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LOUIS MAIRS,** | C 08-01886 JF (PR) |
| Petitioner, | **APPLICATION FOR FIRST ENLARGEMENT OF TIME** |
| v. | |
| **ROBERT AYERS, Warden,** | |
| Respondent. | |

Pursuant to Civil Local Rules 6-1 and 6-3, Respondent hereby requests an enlargement of time of 21 days to respond to the Order to Show Cause issued in this case. The response is currently due on August 22, 2008.

This application is based on the attached declaration of Allan Yannow.

///

///

///

Application for First Enlargement of Time - C 08-01886 JF (PR)

1

1   Dated: August 19, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6   

7   PEGGY S. RUFFRA
    Supervising Deputy Attorney General

8

9   
    /s/ ALLAN YANNOW
10  Deputy Attorney General

    Attorneys for Respondent
11
    AY/cfl
12  SF2008200127
    20133104.wpd
13

Application for First Enlargement of Time - C 08-01886 JF (PR)

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW
Deputy Attorney General
State Bar No. 63257
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5955
  Fax: (415) 703-1234
  Email: allan.yannow@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LOUIS MAIRS,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**ROBERT AYERS, Warden,**<br><br>                                    Respondent. | C 08-01886 JF (PR)<br><br>**DECLARATION OF ALLAN YANNOW IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME** |

1. I, Allan Yannow, am the California Deputy Attorney General assigned to file the response to the Order to Show Cause in this Case

2. This case involves a petition for writ of habeas corpus filed by a state inmate who was convicted of commercial burglary and sentenced to the upper term of eight years (four years doubled as a result of a prior "strike" conviction.)  Petitioner contends that the trial court violated his constitutional rights in imposing the upper term.

3. The Order to Show Cause was filed on June 23, 2008, and ordered respondent to file a response within 60 days. The response is therefore due on August 22, 2008.

Declaration of Allan Yannow  in Support of Motion for First Enlargement of Time - C 08-01886 JF (PR)

4. I have requested from storage in Sacramento the file in petitioner's state direct appeal. I have a copy of the file in petitioner's state habeas corpus case but have been informed today that the file in connection with the direct appeal is not in Sacramento and is in San Francisco. I have been unable to locate this file and am requesting the additional time to locate the file so that I can file an answer that is responsive to petitioner's arguments.

5. For the reasons stated in paragraph 4, I am requesting an enlargement of time of 21 days to September 12, 2008. I have not previously requested an enlargement of time in this matter.

6. Since petitioner is proceeding in pro per, a stipulation has not been sought.

I declare the above under penalty of perjury.

Executed at San Francisco, California on August 19, 2008.

Dated: August 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ ALLAN YANNOW
Deputy Attorney General

Attorneys for Respondent

AY/cfl
SF2008200127
20133102.wpd

Declaration of Allan Yannow in Support of Motion for First Enlargement of Time - C 08-01886 JF (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**DAVID LOUIS MAIRS,**

                      Petitioner,

    **v.**

**ROBERT AYERS, Warden,**

                      Respondent.

C 08-01886 JF (PR)

**[PROPOSED] ORDER GRANTING FIRST ENLARGEMENT OF TIME**

      Good Cause Appearing, It is hereby Ordered that the time for responding to the Order to Show Cause be enlarged to and including September 12, 2008.

      Dated: _____

                                                               _____
                                                              Hon. Jeremy Fogel
                                                              United States District Judge

SF2008200127

[Proposed] Order - C 08-01886 JF (PR)

1

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **David L. Mairs v. Robert Ayers**

No.:   **C 08-01886 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 19, 2008, I served the attached **APPLICATION FOR FIRST ENLARGEMENT OF TIME; DECLARATION OF ALLAN YANNOW; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

David L. Mairs
T25433
San Quentin State Prison
San Quentin, CA 94974

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 19, 2008, at San Francisco, California.

|                      |                  |
|----------------------|------------------|
| Carmelita F. Limaco  | /s/              |
| Declarant            | Signature        |

20133127.wpd