IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LOUIS MAIRS,** | C 08-01886 JF (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER GRANTING FIRST ENLARGEMENT OF TIME** |
| v. | |
| **ROBERT AYERS, Warden,** | |
| Respondent. | |

Good Cause Appearing, It is hereby Ordered that the time for responding to the Order to Show Cause be enlarged to and including September 12, 2008.

Dated: __8/22/08_____

_____
Hon. Jeremy Fogel
United States District Judge

SF2008200127

[Proposed] Order - C 08-01886 JF (PR)

1